AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

**FILED**

SEP 2 2 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA **V.** | **JUDGMENT IN A CRIMINAL CASE** (For Offenses Committed On or After November 1, 1987) |
| **Sergio Santiago-Diaz** | Case Number:   22cr1910-KSC |
| | FEDERAL DEFENDERS<br>Defendant's Attorney |

**REGISTRATION NO.**   06604506

☐ –

**FILED**

Nov 22 2022

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**
BY      s/ ElizabethS      **DEPUTY**

The Defendant:

☒   pleaded guilty to count(s)      1 of the Information

☐   was found guilty on count(s) _____

after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325(a)(1) | Improper Attempted Entry by an Alien (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through      2      of this judgment.

☐   The defendant has been found not guilty on count(s) _____

☒   Count(s)   Underlying Indictment & Count 2 Information      are   dismissed on the motion of the United States.

☒   Assessment : $10 WAIVED

☒   No fine      ☐   Forfeiture pursuant to order filed                      , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 22, 2022
Date of Imposition of Sentence

HON. Karen S. Crawford
UNITED STATES MAGISTRATE JUDGE

22cr1910-KSC

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

| DEFENDANT: | **Sergio Santiago-Diaz** | Judgment - Page **2** of 2 |
|---|---|---|
| CASE NUMBER: | 22cr1910-KSC | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
120 DAYS

☐   Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ P.M.   on _____

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   on or before

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Released

Defendant delivered on ___Nov 18, 2022___ to ___Venture SO___

at ___0900___ , with a certified copy of this judgment.

Steven stafford

_____
UNITED STATES MARSHAL

_____
By          DEPUTY UNITED STATES MARSHAL

22cr1910-KSC